

AUSA Asheeka Desai (312) 886-2050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No.: 25-cr-751 |
|---|---|
| v. | LAURA K. MCNALLY |
| DAQUEZ DEASANTE HOWARD | Magistrate Judge |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, ALBERTO GALARZA, appearing before United States Magistrate Judge LAURA K. MCNALLY by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that DAQUEZ DEASANTE HOWARD has been charged by Indictment in the Southern District of Iowa with the following criminal offenses: conspiracy to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(D), and 846; distribution of a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18 United States Code, Section 2; possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D); carrying a firearm during and in relation to a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i); and felon in possession of a firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A copy of the Indictment is attached. A copy of the arrest warrant also is attached.

/s/ Alberto Galarza
ALBERTO GALARZA
Deputy U.S. Marshal
United States Marshals Service

SWORN TO AND AFFIRMED by telephone this 21st day of November, 2025.

LAURA K. MCNALLY
United States Magistrate Judge

RECEIVED
OCT 0 9 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:25-cr-077 |
| v. | INDICTMENT |
| DARRYL BENARD SHEARS, III, also known as "Lil Bop," DAQUEZ DEASANTE HOWARD, also known as "Wudda," and DARRYL LEE SMITH, JR., | T. 18 U.S.C. § 2 <br> T. 18 U.S.C. § 922(g)(1) <br> T. 18 U.S.C. § 924(a)(8) <br> T. 18 U.S.C. § 924(c)(1)(A)(i) <br> T. 18 U.S.C. § 924(d) <br> T. 21 U.S.C. § 841(a)(1) |
| Defendants. | T. 21 U.S.C. § 841(b)(1)(C) <br> T. 21 U.S.C. § 841(b)(1)(D) <br> T. 21 U.S.C. § 846 <br> T. 21 U.S.C. § 853 <br> T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least May 28, 2025, and continuing until June 12, 2025, in the Southern District of Iowa, the defendants, DARRYL BENARD SHEARS, III, also known as "Lil Bop," and DAQUEZ DEASANTE HOWARD, also known as "Wudda," conspired, with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(D).

1

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Distribution of a Controlled Substance)**

On or about June 12, 2025, in the Southern District of Iowa, the defendants, DARRYL BENARD SHEARS, III, also known as "Lil Bop," and DAQUEZ DEASANTE HOWARD, also known as "Wudda," knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about June 12, 2025, in the Southern District of Iowa, the defendant, DARRYL BENARD SHEARS, III, also known as "Lil Bop," knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**
**(Carrying a Firearm During and In Relation To a Drug Trafficking Crime)**

On or about June 12, 2025, in the Southern District of Iowa, the defendant, DARRYL BENARD SHEARS, III, also known as "Lil Bop," knowingly carried a firearm, namely: a loaded, Bersa Thunder 380 Plus, .380 ACP caliber pistol, with serial number B89735, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Distribute a Controlled Substance, as charged in Count 1 of this Indictment; Distribution of a Controlled Substance, as charged in Count 2 of this Indictment; and Possession with Intent to Distribute a Controlled Substance, as charged in Count 3 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(Felon in Possession of a Firearm)**

On or about June 12, 2025, in the Southern District of Iowa, the defendant, DARRYL BENARD SHEARS, III, also known as "Lil Bop," in and affecting commerce, knowingly possessed a firearm, namely: a loaded, Bersa Thunder 380 Plus, .380 ACP caliber pistol, with serial number B89735. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about June 12, 2025, in the Southern District of Iowa, the defendant, DAQUEZ DEASANTE HOWARD, also known as "Wudda," knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 7**
**(Carrying a Firearm During and In Relation To a Drug Trafficking Crime)**

On or about June 12, 2025, in the Southern District of Iowa, the defendant, DAQUEZ DEASANTE HOWARD, also known as "Wudda," knowingly carried a firearm, namely: a loaded, Taurus, PT92AFS, nine-millimeter Para. caliber pistol, with serial number TAP69152, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Distribute a Controlled Substance, as charged in Count 1 of this Indictment; Distribution of a Controlled Substance, as charged in Count 2 of this Indictment; and Possession with Intent to Distribute a Controlled Substance, as charged in Count 6 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 8
### (Felon in Possession of a Firearm)

On or about June 12, 2025, in the Southern District of Iowa, the defendant, DAQUEZ DEASANTE HOWARD, also known as "Wudda," in and affecting commerce, knowingly possessed a firearm, namely: a loaded, Taurus, PT92AFS, nine-millimeter Para. caliber pistol, with serial number TAP69152. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 9
### (Felon in Possession of a Firearm)

On or about June 12, 2025, in the Southern District of Iowa, the defendant, DARRYL LEE SMITH, JR., in and affecting commerce, knowingly possessed a firearm, namely: a loaded, Rossi, Model 352, .38 Special caliber revolver, with serial number UE10588. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 10**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about June 29, 2025, in the Southern District of Iowa, the defendant, DARRYL BENARD SHEARS, III, also known as "Lil Bop," knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(D).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 11**
**(Carrying a Firearm During and In Relation To a Drug Trafficking Crime)**

On or about June 29, 2025, in the Southern District of Iowa, the defendant, DARRYL BENARD SHEARS III, also known as "Lil Bop," knowingly carried a firearm, namely: a loaded, Glock 48, 9x9 millimeter caliber pistol, with serial number AHXH357, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, as charged in Count 8 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 12**
**(Felon in Possession of a Firearm)**

On or about June 29, 2025, in the Southern District of Iowa, the defendant, DARRYL BENARD SHEARS, III, also known as "Lil Bop," in and affecting commerce, knowingly possessed a firearm, namely: a loaded, Glock 48, 9x9 millimeter caliber pistol, with serial number AHXH357. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**THE GRAND JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

That upon conviction of the offenses set forth in Counts 1, 2, 3, and 10 of this Indictment, the defendant, DARRYL BENARD SHEARS, III, also known as "Lil Bop," shall forfeit, to the United States, the following:

A. **<u>Proceeds.</u>** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **<u>Facilitation.</u>** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to:

a. A loaded, Bersa, Thunder 380 Plus, .380 ACP caliber pistol, with serial number; and

b. A loaded, Glock 48, 9x9 millimeter caliber pistol, with serial number AHXH357.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**THE GRAND FURTHER JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction for the offenses alleged in Counts 4, 5, 11, and 12 of this Indictment, the defendant, DARRYL BENARD SHEARS, III, also known as "Lil Bop," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms identified in Counts 2, 3, 9, and 10 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**THE GRAND FURTHER JURY FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

That upon conviction of the offense set forth in Counts 1, 2, and 6 of this Indictment, the defendant, DAQUEZ DEASANTE HOWARD, also known as "Wudda," shall forfeit, to the United States, the following:

A. **<u>Proceeds.</u>** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **<u>Facilitation.</u>** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to:

a. A loaded, Taurus, PT92AFS, nine-millimeter Para. caliber pistol, with serial number TAP69152.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

10

**THE GRAND FURTHER JURY FINDS**:

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offenses alleged in Counts 7 and 8 of this Indictment, the defendant, DAQUEZ DEASANTE HOWARD, also known as "Wudda," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearms identified in Counts 5 and 6 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

THE GRAND FURTHER JURY FINDS:

### NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 9 of this Indictment, the defendant, DARRYL LEE SMITH, JR., shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm identified in Count 7 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Brecklyn P. Carey
Special Assistant United States Attorney

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
2:21 pm, Oct 09 2025

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Case No. 3:25-cr-077 |
| Daquez Deasante Howard | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Daquez Deasante Howard ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1 - Possession to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(D), 846,
Ct. 2 - Distribution of a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(D), 18 U.S.C. § 2,
Ct. 6 - Possession with to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(D),
Ct. 7 - Carrying a Firearm During and In Relation To a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), and
Ct. 8 - Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

WARRANT ISSUED
CHANDLOR G. COLLINS, Clerk
By: *[signature]*
DEPUTY CLERK

Date: 10/09/2025

City and state: Davenport, Iowa

Stephen B. Jackson, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*